ALDEN R. KNOWLES, Appellant, *vs.* J. ERASTUS LESTER, Appellee.

This court will confirm the appointments made by probate courts unless they are shown to be unsuitable.

APPEAL from the Probate Court of the town of Cranston.

The Probate Court of the town of Cranston, by a decree made June 9, 1888, appointed J. Erastus Lester administrator of the estate of Jonathan A. Knowles, deceased. From this decree Alden R. Knowles, son and heir at law of the intestate, appealed to this court, giving as reasons of appeal:

1. Because said Lester was not of kin to the deceased.

2. Because said Lester was not interested in the estate.

3. Because said Lester was an unfit person to administer.

4. Because the petition on which the appointment of Lester was made was not signed by any one authorized to petition.

*June* 29, 1889. PER CURIAM. It has always been the practice of the court to confirm the appointments of the Probate Court, unless they are shown to be unsuitable. We do not think it appears on the evidence adduced that the appointment of Mr. Lester in the circumstances was improper.

*Oscar Lapham*, for appellant.

*Amasa M. Eaton*, for appellee.